UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MEDICINE SHOPPE INTERNATIONAL, INC.,

                Plaintiff,

-against-

APOSTOLOS MITSOPOULOS and
EFRONSINI MITSOPOULOS,

                Defendants.
----------------------------------------------------------------X
TITAN PHARMACEUTICALS AND NUTRITION,
INC., and GEORGE MITSOPOULOS,

                Plaintiffs,

-against-

MEDICINE SHOPPE INTERNATIONAL, INC.,

                Defendant.
----------------------------------------------------------------X

JUDGMENT
04-CV-5207 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 22 2006 ★

BROOKLYN OFFICE

06-CV-1550 (ERK)

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 12, 2006, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated May 5, 2006; denying plaintiffs' request for a temporary restraining order and preliminary injunction; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; and that plaintiff's request for a temporary restraining order and preliminary injunction is denied.

Dated: Brooklyn, New York
       May 16, 2006

                                                                         s/Robert C. Heinemann
                                                                        ROBERT C. HEINEMANN
                                                                         Clerk of Court